UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ANA LOPEZ,<br>　　　　Plaintiff<br>　　v.<br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br>　　　　Defendant. | Case No. 2:17-cv-02310-GJS<br><br>**JUDGMENT** |
|---|---|

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is REVERSED and this matter REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the Court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

DATED: February 22, 2018

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE