UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA LOPEZ, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, DEPUTY COMMISSIONER FOR OPERATIONS, PERFORMING THE DUTIES AND FUNCTIONS NOT RESERVED TO THE COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | CV 2:17-2310-GJS <br><br> ORDER AWARDING EAJA ATTORNEY FEES |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) fees, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of three thousand three hundred dollars and no cents ($3,300.00), as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation.

DATED: June 12, 2018

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE

1